LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RONALD MASSEY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:22-CV-2033-MAA<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED AND SIX DOLLARS AND 60/100 ($2,506.60) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: May 1, 2023        _____
                                    HON. MARIA A. AUDERO
                                    UNITED STATES MAGISTRATE JUDGE